1  Ted G. Meadows
   Navan Ward, Jr.
2  Gerald B. Taylor, Jr.
   Andy D. Birchfield, Jr.
3  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
4  234 Commerce Street
   P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          **MDL NO. 1699**
    MARKETING SALES PRACTICES AND       **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *Ruth M. Dickman v. G.D. Searle, et al.*     **STIPULATION AND ORDER OF**
    (05-4783 CRB)                                **DISMISSAL WITH PREJUDICE**
16

17  *Donald H. Fugate v. G.D. Searle, et al..*
    (05-4783 CRB)

18  *Gary Estes v. Pfizer Inc., et al.*
    (06-2432 CRB)
19

20  *Joeann Hill v. Pfizer Inc., et al.*
    (06-2432 CRB)

21  *Claude Gibasiewicz v. Pfizer, Inc., et al.*
    (06-6081 CRB)
22

23  *Jerry W. Whitaker v. Pfizer, Inc., et al.*
    (07-2530 CRB)

24  *Jacque Wolfe v. Pfizer, Inc., et al.*
    (05-4782 CRB)
25

26  *Joyce Jones v. Pfizer, Inc., et al.*
    (06-0087 CRB)

27

28

-1-

1  *Patti Stevens-Rucker, Beneficiary of the*
   *Estate of Erma J. Fuller, Deceased. v.*
2  *Pfizer, Inc., et al.*
   *(05-4783 CRB)*
3
   *Robin Slaton, Beneficiary of the Estate of*
4  *Lena R. Slaton, Deceased v. Pfizer, Inc., et al.*
   *(05-4783 CRB)*
5
   *Ted Kiper, Individually and as the Personal*
6  *Representative of the Estate of Rebecca D.*
   *Kiper v. Pfizer, Inc., et al.*
7  *(06-6080 CRB)*

8  *Jack L. King v. Pfizer, Inc., et al.*
   *(06-6081 CRB)*
9
   *Roy Lee Tessneer, Individually and as the*
10 *Personal Representative of the Estate of*
   *Barbara Tessneer v. Pfizer, Inc., et al.*
11 *(07-1354 CRB)*

12

13      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

14 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

15 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

16 each side bearing its own attorneys' fees and costs.

17

18

19

20      DATED: |2 |l5 , 2010      By: _____

21                              Navan Ward, Jr.
                                **BEASLEY, ALLEN, CROW, METHVIN**
22                              **PORTIS & MILES, P.C.**
                                234 Commerce Street
23                              P.O. Box 4160
                                Montgomery, Alabama 36103
24                              Telephone: 334-269-2343
                                Facsimile: 334-954-7555
25
                                *Attorneys for Plaintiffs*
26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: 12/16, 2010    By: /s/

3

4                          **DLA PIPER LLP (US)**
                            1251 Avenue of the Americas
5                          New York, New York 10020
                            Telephone: (212) 335-4500
6                          Facsimile: (212) 335-4501

7                          *Defendants' Liaison Counsel*

8

9

10   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

11   DEC 2 2 2010

12   Dated: _____
                          Hon. Charles R. Breyer
13                        United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE